UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
(Pensacola Division)

| | | |
|---|---|---|
| INTELLIGENT MANAGEMENT SOLUTIONS, INC. d/b/a IMS EXPERT SERVICES 4400 Bayou Boulevard, Suite 6 Pensacola, Florida 32503, | : : : : | CASE NO.: 3:17-CV-116 |
| Plaintiff, | : | JUDGE: |
| v. | : | |
| VERINT SYSTEMS, INC. 175 Broad Hollow Road, Suite 100 Melville, New York 11747, | : : | |
| and | : | |
| VERINT AMERICAS, INC. 175 Broad Hollow Road, Suite 100 Melville, New York 11747, | : : | |
| Defendants. | : | |

## ORDER GRANTING MOTION TO FILE EXHIBITS TO COMPLAINT UNDER SEAL

This cause came before the Court upon the Motion of Plaintiff, Intelligent Management Solutions, Inc., d/b/a IMS Expert Services, to file exhibits to the Complaint under seal. The Court having reviewed the Motion and finding the Motion well-taken,

**IT IS HEREBY ORDERED** Plaintiff's Motion is **GRANTED**. Exhibits A and B to the Complaint previously submitted to the Clerk of Courts in a confidential letter dated February 15, 2017, are hereby filed with the Court under seal. These materials are deemed not a matter of the public record.

ORDERED this 24th day of Feb, 2017.

_____
Judge